UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                            Case No. 08-60990
                                                                           Chapter 7
Erna Darlene Abraham and Jack Wayne Abraham,
                                                              *ORDER GRANTING*
          Debtor.                                    *MOTION FOR RELIEF FROM STAY*

Ford Motor Credit Company LLC's Motion for an order granting relief from the stay came before the

Court. Based on all of the files and records herein, the Court now finds that cause exists entitling Ford

Motor Credit Company LLC to the relief requested.

          IT IS HEREBY ORDERED:

The automatic stay is modified to permit Ford Motor Credit Company LLC to terminate the lease and to

exercise its rights against the leased 2007 Ford Focus vehicle, vehicle identification number

1FAHP37N77W221707, in accordance with applicable state law.

Notwithstanding Fed Rules Bankr. Proc. 4001(a)(3), this order is effective immediately.


Dated: November     18,     2008      /e/ Dennis D. O'Brien
                                      Dennis D. O'Brien
                                      United States Bankruptcy Judge


NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/18/2008
Lori Vosejpka, Clerk, by SR

197341